UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

-v-

Christiaan Dewet Spies,

                Defendant.

5-cr-327 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/8/21

ALISON J. NATHAN, District Judge:

    The Court is in receipt of Mr. Spies' motion for compassionate release. Dkt. No. 559. The Government is hereby ORDERED to respond to the motion on or before September 22, 2021. Mr. Spies may file reply in support of his motion, if any, by October 6, 2021.

    The Clerk of Court is respectfully ordered to mail a copy of this Order to Mr. Spies and to note that mailing on the docket.

    SO ORDERED.

Dated: September 8, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge