UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Christiaan Dewet Spies,

                Defendant.

5-cr-327-2 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/30/21

ALISON J. NATHAN, District Judge:

    On September 8, 2021, the Court ordered the Government to respond to Mr. Spies' motion for compassionate release by September 22, 2021. Dkt. No. 559. The Court is not in receipt of the Government's response. The Government is hereby ORDERED to submit a response to Mr. Spies' motion on or before October 12, 2021.

    The Clerk of Court is respectfully directed to electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued and mail a copy of this Order to Mr. Spies.

SO ORDERED.

Dated: September 30, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge