UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/22
```

United States,

–v–

Christiaan Dewet Spies,

Defendant.

5-cr-327 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Defense counsel is notified that the Court received the attached email. The Court is unable to open the attachment to the email. The Court will not take any action on the email.

    SO ORDERED.

Dated: January 11, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

MOTION FOR COMPASSIONATE RELEASE : UNITED STATES V CHRISTIAAN DE WET SPIES :DOCKET: NO :5 CR 327-2(AJN)

**oakseed.kotze681@gmail.com <oakseed.kotze681@gmail.com>**

Tue 1/11/2022 12:31 PM

To: Nathan NYSD Chambers <NathanNYSDChambers@nysd.uscourts.gov>
Cc: Esmare' Conradie <esmareconradie5@gmail.com>

🖉 1 attachments (23 KB)
jdge nathan -spies V1.odg;

**CAUTION - EXTERNAL:**

Dear judge Nathan

See attached letter from Christiaan De Wet Spies for your attention and consideration ,please.

In anticipation

P.Kotze

Sent from Mail for Windows

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.