UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/22

United States,

–v–

Christiaan Dewet Spies,

Defendant.

5-cr-327 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court received via email a letter from a family member of Mr. Spies. The Court will file the letter under seal because it contains medical information and provide a copy to counsel. Because Mr. Spies is represented by counsel, the Court will not take any action on the letter.

    SO ORDERED.

Dated: January 13, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1