USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

—v—

Christiaan Dewet Spies,

Defendant.

5-CR-327 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court received via mail the attached letter from Defendant Spies, which is dated January 3, 2022. The Court denied Mr. Spies' counseled motion for compassionate release on January 11, 2022. Dkt. No. 569. Even if the Court had received Mr. Spies' letter before issuing its Memorandum Opinion & Order, the Court would deny the requested relief for the same reasons stated in the opinion. Accordingly, any relief requested in the letter is denied.

The Clerk of Court is respectfully directed to mail a copy of this Order to the Defendant and note the mailing on the public docket.

SO ORDERED.

Dated: February 8, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

TRULINCS 53073054 - SPIES, CHRISTIAAN DEWET - Unit: DAN-G-A

---

FROM: 53073054 SPIES, CHRISTIAAN DEWET
TO: "Paul Kotze" <oakseed.kotze681@gmail.com>
SUBJECT: Compassionate Release
DATE: 01/11/2022 07:53 AM


January 3, 2022

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
500 Pearl Street, Room 120
New York, NY 10007-1312

Re: United States v. Christiaan Dewet Spies, et al.
    Docket No. 5-cr-327-2(AJN)

Dear Judge Nathan:

   This letter is to respectfully request that the Court grant the defendant's motion for compassionate release. As the Court is aware, that the defendant has been in custody since he was found guilty following a jury trial in 2007. The defendant has been in the Federal Bureau of Prison since March 2005. The Court is aware that the Government has not respond to the defendant motion for compassionate release and an order was given by this Court to respond to the defendant's motion on or before October 12, 2021. The defendant respectfully makes notice to this Court that the defendant's outdate is March 29, 2022, which he will then be release to the custody of ICE for deportation proceedings.
   Currently the defendant is being detained in FCI Danbury Low, Danbury, CT. The defendant is housed in an open dormitory at FCI Danbury and is subjected to the same unhealthy environment (Covid-19) that has impact the world. The increased risk of contracting this contagious disease coupled with the breakdown of the immune system, increased stress, a lack of privacy, and increased conflict that exist in the open dormitory the defendant respectfully request this Court to grant an immediately release for the defendant, so that the defendant may be transferred to ICE and begin his deportation proceeding as soon as this Court grants his motion for compassionate release. The defendant respectfully makes notice to this Court that as soon as the defendant is transferred to ICE these deportation proceeding could take several months that will exceed his original prison sentence. The defendant has spent the last 17 years in Federal prison with a good conduct and excellent report. The last two years has been increasely stressful and harmful due to impact of Covid-19 and the risk of contracted this contagious disease and the different variants that have surfaced most recently the "Omicron".
   Wherefore, the defendant respectfully request an immediately release with regard to the numerous health concerns created by the Covid-19 and the subsequent deportation proceedings.

Repectfully submitted,

Christiaan Dewet Spies
Reg No. 53073-054

[signature]

33 1/2 Pembroke Road
FCI Danbury, CT
06811



RECEIVED
JAN 27 2022
ALISON J. NATHAN
U.S. DISTRICT JUDGE
S.D.N.Y.